# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| MARVIN D. BRODY, | Case No. 2-13-bk-01848-DPC |
| Debtor. | **ORDER SETTING BAR DATE FOR PRE-PETITION CLAIMS** |

This matter having come before the Court on the Debtor's *Motion to Set Bar Date for Pre-Petition Claims* (the "**Motion**"), and after a determination that the notice procedures described therein are sufficient and proper, and with good cause appearing;

**IT IS HEREBY ORDERED** setting May 3, 2013, as the bar date for all creditors holding claims that are not included in the Debtor's schedules, or are scheduled as disputed, contingent, or unliquidated, to file a proof of claim in this bankruptcy case.

**IT IS FURTHER ORDERED** that in the event that a creditor holding a claim that is not included in the Debtor's schedules, or is scheduled as disputed, contingent, or unliquidated, does not file proof of such claim on or before May 3, 2013, such creditor will be forever barred from asserting such claim against the Debtor, or its successors and assigns, and not permitted to vote, or share in any distribution made, in this Chapter 11 case on account of such claim.

**IT IS FURTHER ORDERED** that the Debtor shall immediately serve a copy of the *Notice of Bar Date for Filing Proofs of Pre-Petition Claims*, a form of which was attached to the Motion,

1 upon all creditors and parties in interest, including, those on the Master Mailing List, and thereafter
2 shall file a certificate of service recounting such service.
3     DATED: _____.

_____
Honorable Daniel P. Collins
United States Bankruptcy Judge