# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2-13-bk-01848-DPC<br><br>**ORDER SETTING EXPEDITED HEARING REGARDING THE MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS** |

Upon consideration of the *Motion for Expedited Hearing Regarding the Motion to Sell Real Property Free and Clear of Liens, Claims and Interests at Private Sale* ("**Motion for Expedited Hearing**") filed by Marvin D. Brody ("**Debtor**"), and with good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

A. The Motion for Expedited Hearing is GRANTED.

B. An expedited hearing (the "**Hearing**") on the Debtor's *Motion to Sell Real Property Free and Clear of Liens, Claims and Interests at Private Sale* (the "**Motion to Sell**") is hereby set for the **8th day of August, 2013 at \_\_\_.m.** in Courtroom 601, United States Bankruptcy Court, 230 North First Avenue, Phoenix, Arizona 85003.

C. Any party wishing to object to the Motion to Sell shall file a response or objection, and serve a copy of such response or objection upon Debtor's counsel, no later than two (2) days prior to the Hearing.

| | |
|---|---|
| 1 | Debtor shall immediately serve copies of this Order upon the United States Trustee, the |
| 2 | Master Mailing List and all parties having requested notice. |
| 3 | **DATED AND SIGNED ABOVE.** |