SO ORDERED.

Dated: July 31, 2013

Daniel P. Collins, Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2-13-bk-01848-DPC<br><br>**ORDER SETTING EXPEDITED HEARING REGARDING THE MOTION TO COMBINE DISCLOSURE STATEMENT HEARING AND PLAN CONFIRMATION, AND TO CONFIRM PLAN** |

Upon consideration of the *Motion for Expedited Hearing Regarding the Motion to Combine Disclosure Statement Hearing and Plan Confirmation, and to Confirm Plan* ("**Motion for Expedited Hearing**") filed by Marvin D. Brody ("**Debtor**"), and with good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

A. The Motion for Expedited Hearing is GRANTED.

B. An expedited hearing (the "**Hearing**") on the Debtor's *Motion to Combine Disclosure Statement Hearing and Plan Confirmation, and to Confirm Plan* (the "**Motion to Confirm**") is hereby set for the **9th day of August, 2013 at 11:00 a.m.** in Courtroom 601, United States Bankruptcy Court, 230 North First Avenue, Phoenix, Arizona 85003.

C. Any party wishing to object to the Motion to Confirm shall file a response or objection, and serve a copy of such response or objection upon Debtor's counsel, no later than two (2) days prior to the Hearing.

1   Debtor shall immediately serve copies of this Order upon the United States Trustee, the
2   Master Mailing List and all parties having requested notice.

**DATED AND SIGNED ABOVE.**