**SO ORDERED.**

Dated: August 5, 2013

*Daniel P. Collins*

**Daniel P. Collins, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 2:13-bk-01848-DPC |
| GEARED EQUITY, LLC,<br><br>Movant,<br><br>vs.<br><br>MARVIN D. BRODY,<br><br>Respondent. | **ORDER GRANTING MOTION FOR EXPEDITED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing Date: August 9, 2013<br>Hearing Time: 1:30 p.m. |

This matter came before the Court pursuant to the *Motion For Expedited Preliminary Hearing On Motion For Relief From The Automatic Stay* (the "Motion") filed by secured creditor Geared Equity, LLC ("Geared Equity"). Based on the Motion and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted.

2. The Court will conduct a preliminary hearing on Geared Equity's *Motion For Relief From The Automatic Stay Regarding Real Property Located In San Diego County, California* ("Stay Relief Motion") **on August 9, 2013, at 1:30 p.m.** at the United States Bankruptcy Court, 230 North First Avenue, 6th Floor, Courtroom #601, Phoenix, Arizona.

744865.1\0342741

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

3. Any opposition to the Stay Relief Motion shall be filed with the Court and served upon Counsel for Geared Equity on or before August 7, 2013.

4. Counsel for Geared Equity shall immediately serve a copy of this Order and Notice of Hearing (i) via e-mail upon counsel for the Debtor and the Office of the United States Trustee; and (ii) via U.S. Mail, postage prepaid, upon all other parties who were served with the Motion and the Stay Relief Motion, and shall file an appropriate certificate of service with the Court.

**DATED AND SIGNED AS SET FORTH ABOVE.**

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

2

744865.1\0342741