SO ORDERED.

Dated: August 5, 2013

*Daniel P. Collins*

**Daniel P. Collins, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2-13-bk-01848-DPC<br><br>**ORDER RESOLVING LIMITED OBJECTION AND APPROVING INTERIM ALLOWANCE OF FEES AND AUTHORIZING PAYMENT** |

This matter having come before the Court upon the *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Polsinelli PC for Services Rendered and Expenses Incurred on Behalf of the Debtor* (the "**Application**") [Dkt. # 68], and such Application having been duly noticed to all creditors and interested parties, and upon having received *Geared Equity, LLC's Limited Objection* to the Application (the "**Limited Objection**") [Dkt. # 72]; and

This Order resolves the Limited Objection, and the Court has otherwise reviewed the Application, and finds that it meets the standards of the Bankruptcy Code and Rules and the fees and cost are reasonable;

**IT IS HEREBY ORDERED** as follows:

1. The Application is approved in the amount of $58,011.25 in fees and $1,804.38 in costs, and Polsinelli may offset the balance of its retainer to apply to the approved fees and costs. Fees and costs approved in this Application may not be paid from property of the estate, except as

otherwise ordered by this Court or as agreed by Geared Equity.

2. This Order is without prejudice to the rights of Geared Equity to file objections to future Applications and to any Final Application in this case.

DATED: _____.

_____
Honorable Daniel P. Collins
United States Bankruptcy Judge

45860847.1