Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com
Attorney for John Borneman dba Borneman Plastering and
Peninsula Industries, Inc. dba Closet Factory

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| MARVIN D. BRODY, | Case No. 2:13-bk-01848-DPC |
| Debtor. | **MOTION FOR PAYMENT OF SECURED CLAIM** |

John Borneman, dba Borneman Plastering ("Borneman"), by and through its counsel undersigned, hereby requests this Court enter an Order directing the Debtor to make payment on Borneman's secured claim. In support hereof, Borneman states as follows:

1. On or about February 11, 2013, the Debtor filed a Petition pursuant to Chapter 11 of the Bankruptcy Code. Prior to the filing of the instant Chapter 11 Petition, Borneman commenced litigation in the San Diego County, California Superior Court, Case No. 37-2012-00086731-CL-BC-CTL. Borneman was seeking, *inter alia*, foreclosure of its mechanic's lien. The mechanic's lien was duly recorded in the offices of the San Diego County, California Recorder's Office on September 5, 2012 at Docket No. 2012-0534425. A copy of the recorded lien is attached hereto and incorporated herein by this reference as **Exhibit 1.**

2. On May 13, 2013, the Debtor filed his Chapter 11 Plan of Reorganization. The Plan lists Borneman in Class 2-E. [DE #65, p.12.] The Debtor proposes to pay Borneman's

allowed claim in full, plus interest at the contract rate, plus reasonable attorneys' fees, using the net proceeds from the sale of investment property.

       3.     Since May 13, 2013, the Court has approved a sale of property, and there are sufficient proceeds in a segregated account which can satisfy Borneman's claim in full. The claim is no less than $24,447.00, plus interest and reasonable attorneys' fees.

       For all of the foregoing reasons, it is respectfully requested the Court enter an Order directing the Debtor to fully satisfy Borneman's claim, at which time Borneman will release its mechanic's lien.

       DATED this 1st day of November, 2013.

MICHAEL W. CARMEL, LTD.

/s/Carmel, M.W.  (007356)
    Michael W. Carmel
    80 East Columbus Avenue
    Phoenix, Arizona 85012-2334
    Attorney for John Borneman dba Borneman Plastering and
       Peninsula Industries, Inc. dba Closet Factory

COPY of the foregoing e-mailed
via Court ECF System on November 1, 2013 to:

Nicolas B. Hoskins, Esq.
Fennemore Craig, PC
2394 E. Camelback Rd., Suite 600
Phoenix, AZ 85016
Attorney for JC King Enterprises, Inc.

John J. Hebert, Esq.
Michael W. Zimmerman, Esq.
POLSINELLI, P.C.
One E. Washington St., Suite 1200
Phoenix, AZ 85004

Office of the U.S. Trustee
230 N. First Avenue
Suite 204
Phoenix, Arizona 85003-1706

/s/ Sharon D. Kirby

2