# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>             Debtor. | Chapter 11 Proceedings<br><br>Case No. 2-13-bk-01848-DPC<br><br>**ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBER 2 FILED BY DOWNSVIEW DESIGNS** |

This matter having come before the Court upon the *Debtor's Objection to Proof of Claim Number 2 Filed by Downsview Designs* (the "**Objection**", Dkt. # 138) filed by Marvin D. Brody (the "**Debtor**"), and notice of the Objection having been duly provided to Downsview Designs ("**Downsview**"), and no response to the Objection timely filed or otherwise presented, pursuant to 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3007, and Local Rule 3007-1, and with good cause appearing,

       **IT IS HEREBY FOUND and CONCLUDED THAT:**

      A.     This Court has jurisdiction over the Objection pursuant to 28 U.S.C. § 1334, and the Objection presents a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (B).

      B.     The Objection objected to Downsview's Proof of Claim Number 2 ("**Claim No. 2**") filed in the amount of $10,195.00, and requested that Claim No. 2 be disallowed.

      C.     As evidenced by the *Certificate of Service and No Objections with Respect to Debtor's Objection to Proof of Claim Number 2 Filed by Downsview Design* filed by the Debtor, Downsview was properly and timely served with a copy of the Objection and the related *Notice of*

*Bar Date for Responses to the Debtor's Objection to Proof of Claim Number 2 Filed by Downsview Designs* (the "**Bar Date Notice**").

      D.      Notice of the Objection was full and proper, and complied with the applicable requirements of the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

      E.      Downsview failed to timely file, or otherwise present, a response to the Objection.

      **THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Objection is sustained.

2.      Downsview's Claim #2 against the Debtor is hereby disallowed and expunged.

3.      Entry of this Order is without prejudiced to any right the Debtor may have to amend, modify or supplement the Objection.

**DATED AND SIGNED ABOVE**
