SO ORDERED.

Dated: November 8, 2013

*Daniel P. Collins*

**Daniel P. Collins, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| MARVIN D. BRODY, | Case No. 2-13-bk-01848-DPC |
| Debtor. | **STIPULATED ORDER CONTINUING THE PRELIMINARY HEARING ON THE DEBTOR'S OBJECTION TO SRJ'S PROOF OF CLAIM** |
| | **Hearing Date:** November 20, 2013<br>**Hearing Time:** 1:30 p.m.<br>**Hearing Place:** 230 N. First Avenue<br>6th Floor, Courtroom 601<br>Phoenix, AZ 85003 |

This matter came before the Court pursuant to the *Debtor's First Omnibus Objection to Claims (A) Which Have Been Filed in the Wrong Case, Given That They Do Not Exist as Against the Debtor; (B) Which Have Already Been Satisfied or Where There is Otherwise No Balance Due; (C) For Which a Proof of Claim Was Not Timely Filed; and (D) Which are Duplicative of Other Claims Filed in the Debtor's Bankruptcy Case* (the "**Objection**") filed by Marvin Brody ("**Debtor**"), and *SRJ Construction and Design, LLC's Response to Debtor's First Omnibus Objection to Claims* filed by SRJ Construction and Design, LLC ("**SRJ**" and taken together, the Debtor and SRJ are the "**Parties**"), and the Debtor's Response thereto.

A hearing on the Objection is currently scheduled for November 20, 2013 (the "**Hearing**"). The Parties have conferred regarding resolving their dispute and have agreed to continue the Hearing regarding the Debtor's Objection to SRJ's claim pending the resolution of their dispute.

Based upon the entire record before the Court in this Chapter 11 case, and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

A. The Hearing regarding the Debtor's Objection to SRJ's claim shall be continued to January 21, 2014 at 11:00 a.m.

DATED: _____.

Honorable Daniel P. Collins
United States Bankruptcy Judge

**AGREED TO AS TO FORM AND SUBSTANCE BY:**

POLSINELLI PC

By: /s/ Michael W. Zimmerman
  John J. Hebert
  Michael W. Zimmerman
  CityScape Plaza
  One East Washington Street, Suite 1200
  Phoenix, AZ 85004

*Attorneys for Debtor*

POLI & BALL, P.L.C.

By: /s/ Mathias G. Bildhauer (with permission)
  James B. Ball
  Mathias G. Bildhauer
  2999 North 44th Street, Suite 500
  Phoenix, AZ 85018

*Attorneys for SRJ Construction and Design, LLC*