# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>        Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 2:13-bk-01848-DPC |
| MARVIN D. BRODY,<br><br>        Movant,<br><br>vs.<br><br>GEARED EQUITY, LLC,<br><br>        Respondent. | **ORDER REGARDING DEBTOR'S OBJECTION TO CLAIM OF GEARED EQUITY, LLC**<br><br>Hearing Date: November 12, 2013<br>Hearing Time: 11:00 a.m. |

This matter came before the Court pursuant to *Debtor's Objection To Proof Of Claim Number 12 Filed By Geared Equity, LLC* filed on October 7, 2013 [DE #140] (the "Claim Objection"). At the above-referenced hearing, the Court considered the Claim Objection, the response thereto filed by claimant, Geared Equity, LLC ("Geared Equity") [DE #163], and the debtor's reply thereto [DE #170]. Pursuant to the Claim Objection, the debtor objects to the default interest and late fees charged by Geared Equity. Based on the pleadings of the parties, arguments of counsel, and the entire record before the Court, the Court set forth its findings of fact and conclusions of law on the record at the above-referenced hearing.

**WHEREFORE, IT IS HEREBY ORDERED** as follows:

    1.    The Claim Objection is hereby OVERRULED.

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

750563.2\0342741

2. Without limiting the generality of paragraph 1 above, Geared Equity's allowed claim in the debtor's case includes all default interest and late fees as provided under Geared Equity's loan documents with the debtor.

**DATED AND SIGNED AS SET FORTH ABOVE.**

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000