# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>            Debtor. | Chapter 11 Proceedings<br><br>Case No. 2-13-bk-01848-DPC<br><br>**ORDER DISALLOWING CLAIM OF PATRICK JAMES YANCY, D/B/A Y ELECTRIC, CLAIM #16**<br><br>Hearing Date:  November 20, 2013<br>Hearing Time:  1:30 p.m. |

This matter came before the Court pursuant to the *Debtor's First Omnibus Objection to Claims (A) Which Have Been Filed in the Wrong Case, Given That They Do Not Exist as Against the Debtor; (B) Which Have Already Been Satisfied or Where There is Otherwise No Balance Due; (C) For Which a Proof of Claim Was Not Timely Filed; and (D) Which are Duplicative of Other Claims Filed in the Debtor's Bankruptcy Case* (the "Claim Objection") [Dkt. # 137] filed by Marvin D. Brody ("Debtor") on October 7, 2013. At the above-referenced hearing, the Court considered the Claim Objection, the response filed by claimant, Patrick James Yancey d/b/a Y Electric ("Y Electric") [Dkt. #160], and the Debtor's reply thereto [Dkt. # 166]. Based on the pleadings of the Debtor and Y Electric, the argument of Debtor's counsel, and the entire record before the Court, with respect to Y Electric's Claim # 16 the Court sustained the Debtor's Claim Objection and denied Y Electric's claim.

1  **WHEREFORE, IT IS HEREBY ORDERED** as follows:

2  1. With respect to Y Electric's claim, Claim # 16, the Debtor's Claim Objection is
3  GRANTED.

4  2. The claim of Y Electric denied and shall be entirely disallowed.

5  **DATED AND SIGNED AS SET FORTH ABOVE.**