# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | MARVIN D. BRODY |
| **Case Number:** | 2:13-BK-01848-DPC  **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 05, 2013 01:30 PM  6TH FLOOR #601 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matters:

1) MOTION FOR PAYMENT OF SECURED CLAIM FILED BY MICHAEL W. CARMEL OF MICHAEL W. CARMEL, LTD. ON BEHALF OF JOHN BORNEMAN .
   R / M #:  175 / 0

2) ADM: 2:13-bk-01848-DPC
   Motion to Amend JC King Enterprises, Inc's Motion For Leave To Amend Proof of Claim No. 10 filed by NICOLAS B. HOSKINS of FENNEMORE CRAIG on behalf of JC King Enterprises, Inc
   R / M #:  169 / 0

## Appearances:

JOHN J. HEBERT, ATTORNEY FOR MARVIN D. BRODY
MICHAEL W. ZIMMERMAN, ATTORNEY FOR MARVIN D. BRODY
NICOLAS HOSKINS, ATTORNEY FOR JC KING

Page 1 of 2

Case 2:13-bk-01848-DPC   Doc 221   Filed 12/05/13   Entered 12/09/13 12:39:01   Desc
Main Document   Page 1 of 2                                    12/09/2013  12:38:47PM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:13-BK-01848-DPC        THURSDAY, DECEMBER 05, 2013 01:30 PM

*Proceedings:*

Mr. Carmel advises counsel are close to a resolution relating to the Closet Factory. Mr. Carmel addresses the Motion for Payment of Secured Claim filed on behalf of John Borneman. He notes JC King filed a Motion to Amend their claim which incorporates the amount his client sought.

Mr. Hebert places his opposition on the record and proposes the Court set a pretrial procedure.

COURT: IT IS ORDERED OVERRULING DEBTOR'S OBJECTIONS TO PROOF OF CLAIMS FILED ON BEHALF OF JOHN BORNEMAN AND JC KING ENTERPRISES AND FINDING THE CLAIMS WERE TIMELY FILED.

IT IS FURTHER ORDERED SETTING A PRETRIAL CONFERENCE ON JANUARY 16, 2014, AT 1:30 P.M. A JOINT PRETRIAL STATEMENT IS DUE JANUARY 13, 2014, ANY WITNESSES OR EXHIBITS NOT IDENTIFIED OR EXCHANGED WILL NOT BE ALLOWED AT THE TIME OF TRIAL.

Case 2:13-bk-01848-DPC   Doc 221   Filed 12/05/13   Entered 12/09/13 12:39:01   Desc
Main Document    Page 2 of 2

12/09/2013   12:38:47PM