Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com
Attorney for John Borneman dba Borneman Plastering and
Peninsula Industries, Inc. dba Closet Factory

**SO ORDERED.**

**Dated: December 9, 2013**

*Daniel P. Collins* (signature)

**Daniel P. Collins, Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:13-bk-01848-DPC<br><br>**ORDER** |

The Court, having reviewed John Borneman dba Borneman Plastering's "Motion for Payment of Secured Claim" ("Motion"), as well as the Debtor's Objection to the Borneman claim, and having conducted a hearing on the matter on December 5, 2013 at 1:30 p.m., and good cause appearing,

IT IS HEREBY ORDERED the Court has determined the Borneman claim shall be deemed filed in a timely manner, and the Motion is therefore granted in that limited respect.

IT IS FURTHER ORDERED overruling the Debtor's Objection to the Borneman claim as it relates to the alleged lack of timeliness.

IT IS FURTHER ORDERED the Court shall conduct an evidentiary hearing on the underlying merits of the Borneman claim, including, but not limited to, the dollar amount(s), if any, to which Borneman shall be entitled.

DATED AND SIGNED ABOVE.