# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2-13-bk-01848-DPC<br><br>**ORDER APPROVING MOTION FOR DISTRIBUTION OF SALE PROCEEDS – APPROVING THE IMMEDIATE DISTRIBUTION OF $75,000 TO THE DEBTOR, AND SETTING A HEARING REGARDING THE DISTRIBUTION OF AN ADDITIONAL $625,000 TO THE DEBTOR** |

The Debtor filed his *Motion for Distribution of Sale Proceeds* (the "**Motion**"). Based upon the pleadings of the Debtor, the argument of Debtor's counsel, and the entire record before the Court,

**IT IS HEREBY ORDERED** as follows:

1. The Debtor is authorized to make an immediate distribution of $75,000 of the proceeds realized from sale of real property located at 1 Spinnaker Way, Coronado, CA, to the Debtor's DIP Account to pay for ordinary course expenses.

2. A hearing to distribute an additional $625,000 to the Debtor's DIP Account will be held on December 27, 2013 at 11:00 a.m.

**DATED AND SIGNED ABOVE.**