Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com
Attorney for John Borneman dba Borneman Plastering and
Peninsula Industries, Inc. dba Closet Factory

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:13-bk-01848-DPC<br><br>**ORDER ALLOWING CLAIM AND AUTHORIZING IMMEDIATE PAYMENT** |

The Court, having been advised the Debtor and Peninsula Industries, Inc. dba Closet Factory ("Closet Factory") have stipulated and agreed to the allowance and payment of a claim held by Closet Factory, and good cause appearing,

IT IS HEREBY ORDERED allowing a claim to Closet Factory in the amount of $18,375.63 as of January 6, 2014, with a *per diem* in the amount of $3.74 for each day after January 6, 2014, until paid.

IT IS FURTHER ORDERED authorizing the Debtor to make immediate payment to Closet Factory.

IT IS FURTHER ORDERED that upon payment by the Debtor, Closet Factory's claim, including any claim for attorneys' fees or costs, shall be fully satisfied and Closet Factory shall release the mechanic's lien it recorded in the Offices of the San Diego County, California Recorder on October 18, 2012 at Docket No. 2012-0639867.

DATED AND SIGNED ABOVE.

APPROVED AS TO FORM AND CONTENT:

By /s/ Michael W. Zimmerman
   Michael Zimmerman, Esq.
   POLSINELLI, P.C.
   One E. Washington St., #1200
   Phoenix, AZ 85004
   *Attorney for Debtor*