SO ORDERED.

Dated: January 21, 2014

Daniel P. Collins, Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT

THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2-13-bk-01848-DPC<br><br>**ORDER GRANTING $75,000 DISTRIBUTION TO THE DEBTOR**<br><br>Hearing Date: January 6, 2014<br>Hearing Time: 10:00 A.M. |

This matter came before the Court pursuant to the Debtor's *Emergency Motion for Distribution of Sale Proceeds* (the "**Motion**") (Dkt. # 230) filed on December 19, 2013. The Motion requests authorization to make an immediate distribution of $75,000 to the Debtor's debtor-in-possession account ("**DIP Account**"). As detailed in the Exhibit "A" attached hereto, the $75,000 funds are surplus funds that will be distributed to the Debtor after the payment of all priority claims and all allowed claims plus interest and attorneys' fees.

At the above-referenced hearing, the Court considered the Motion, and counsel for Geared Equity, LLC, Acoustic Designs, Inc., SRJ Construction, LLC, John Borneman dba Borneman Plastering, and JC King Enterprises, Inc. waived their objections to the distribution of $75,000 to the Debtor. Based upon the pleadings of parties, including the Motion, Geared Equity, LLC's *Objection to Debtor's Emergency Motion for Distribution of Sale Proceeds to the Debtor* (Dkt. # 236), and the joinders thereto filed by Acoustic Designs, Inc. (Dkt. # 237) and SRJ Construction,

LLC (Dkt. # 238), the arguments of counsel, the stipulations entered into by counsel on the record, and the entire record before the Court,

**IT IS HEREBY ORDERED** as follows:

1. Great Pacific Escrow shall wire $75,000 to the Debtor's DIP Account; and

2. The Debtor shall immediately serve copies of this Order on the United States Trustee's Office, and any party that has appeared and requested notice in these proceedings.

**DATED AND SIGNED ABOVE.**

# EXHIBIT A

## ESCROW RECONCILIATION FOR BRODY

| | | | |
|---|---|---|---:|
| Amount on Deposit 1/6/14 | | | $ 1,681,605.00 |
| Geared Equity: | | | $ (400,000.00) |
|     Amount of claim | $ 200,000.00 | | |
|     Projected Fees | $ 200,000.00 | | |
| Estimated Polsinelli Fees | | | $ (200,000.00) |
| Estimated Trustee Fees | | | $ (5,000.00) |
| **Claims Denied:** | | | |
|     Daimler Trust | | | 0 |
|     Downsview Designs | | | 0 |
|     Y Electric | | | 0 |
| **Claims Allowed and either Paid or to be Paid:** | | | |
|     Closet Factory | | | $ (18,400.00) |
|     Borneman Plaster | | | $ (16,000.00) |
|     JC King | | | $ (17,500.00) |
|     American Express (business) | | | $ (29,000.00) |
|     American Express | | | $ (9,500.00) |
| **Unresolved Claims:** | | | |
|     Acoustic Designs | | | $ (50,500.00) |
|         Claim: 40,500 | | | |
|         Fees: 10,000 | | | |
|     LTD Sheet Metals | | | $ (40,743.00) |
|         Claim: 32,743 | | | |
|         Fees: 8,000 | | | |
|     Mission Pools | | | $ (53,500.00) |
|         Claim: 40,500 | | | |
|         Fees: 13,000 | | | |
|     SRJ Construction | | | $ (437,509.00) |
|         Claim: 287,509 | | | |
|         Fees: 150,000 | | | |
| | | | $ 403,953.00 |
| | | | |
| Claims of Bank of America: | | | |
|     First mortgage | | $ 1,105,000.00 | |
|     Second Mortgage | | $ 400,000.00 | |
|     Purchase Price of Canyon Property | | $ (1,736,000.00) | |
| | | $ (231,000.00) | |

If Canyon closes--the claims will be paid in full from the property sale

| | | | | | | |
|---|---|---|---|---|---|---|

Great Pacific Escrow                                                                                           Page 1 of 1

**Escrow Number:** 3132-KH

Monday, January 06, 2014

**Purchaser:** Henrik Jorst

8:12:03AM

**Seller:** Marvin D. Brody

**Property Address:** 1 Spinnaker Way, , Coronado, CA 92118

**Closed Date:** 8/16/2013

## Check Register

| Status | Payment Type | Number | Date | Adjust. Date | Payee/ReceivedFrom | Amount |
|---|---|---|---|---|---|---|
| Issued | Wire Transfer | 2045 | 7/29/2013 | | MSB FBO Henrick Jors | $100,000.00 |
| Issued | Wire Transfer | 2161 | 8/19/2013 | | First American Title | $4,840,050.28 |
| | | | | | **Total Receipts** | **$4,940,050.28** |
| | Fees | | 8/19/2013 | | Fee Ticket | ($9,200.00) |
| | | | | | **Total Fees** | **($9,200.00)** |
| Issued | Selling | 20895 | 8/19/2013 | | Andrew M. Johnson | ($165,000.00) |
| Issued | Other | 20896 | 8/19/2013 | | San Diego Transactio | ($450.00) |
| Issued | Other | 20897 | 8/19/2013 | | Nicole Norvell | ($450.00) |
| Issued | Agent1-Listing | 20904 | 8/19/2013 | | Kathy Pounds Team LL | ($69,795.00) |
| Issued | Agent2-Listing | 20905 | 8/19/2013 | | Kathy Pounds Team LL | ($69,735.00) |
| Issued | Other | 20906 | 8/19/2013 | | Kathy Pounds | ($310.00) |
| Issued | Other | 22190 | 10/11/2013 | | American Real Estate | ($1,114.91) |
| Issued | Listing | 23585 | 1/6/2014 | | Pacific Sotheby's In | ($25,470.00) |
| Posted | Loan Payoff Check | WT789 | 9/4/2013 | | First American Title | ($2,769,398.29) |
| Posted | Other | WT797 | 9/12/2013 | | Geared Equity, LLC | ($40,000.00) |
| Posted | Other | WT22021 | 10/18/2013 | | Polsinelli | ($107,521.99) |
| | | | | | **Total All Unissued/Issued/Posted Checks** | **($3,249,245.19)** |
| | | | | | **Total Checks and Fees:** | **($3,258,445.19)** |
| | | | | | **Checks to be Issued/Funds Held:** | **$1,681,605.09** |

Office06                                                                                                       01 : California Republic Bank : 3301003737

Case 2:13-bk-01848-DPC   Doc 257   Filed 01/21/14   Entered 01/22/14 10:10:46   Desc
Main Document    Page 5 of 5