FENNEMORE CRAIG, P.C.
Nicolas B. Hoskins (No. 023277)
2394 E. Camelback Road
Suite 600
Phoenix, AZ 85016-3429
Telephone:  (602) 916-5419
Facsimile:  (602) 916-5619
Email:  nhoskins@fclaw.com

Attorney for Creditor Acoustic Designs, Inc.

### IN THE UNITED STATE BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| In re | Chapter 11 Proceedings |
|---|---|
| MARVIN D. BRODY, | Case No. 2:13-bk-01848-DPC |
| Debtor. | **ORDER ALLOWING CLAIM AND AUTHORIZING IMMEDIATE PAYMENT, CONCERNING ACOUSTIC DESIGNS, INC.'S CLAIM NO. 14** |

The Court, having been advised that the Debtor and Acoustic Designs, Inc. ("Acoustic Designs"), have resolved the Debtor's Objection to Acoustic Designs' proof of claim, and have stipulated and agreed to the allowance and payment of the claim, and good cause appearing,

IT IS HEREBY ORDERED, allowing Acoustic Designs' Claim No. 14 in the amount of $16,000.00;

IT IS FURTHER ORDERED, authorizing and directing the Debtor to make immediate payment to Acoustic Designs;

IT IS FURTHER ORDERED that upon payment by the Debtor, Acoustic Designs'

FENNEMORE CRAIG, P.C.
PHOENIX

8834089

1  Claim No. 14 against the Debtor, including any claim for attorneys' fees and costs, shall

2  be satisfied against the Debtor.

3       DATED AND SIGNED ABOVE.

4

5

6  APPROVED AS TO FORM AND CONTENT

7

8  By:   *Michael Zimmerman (w/ permission)*
         Michael Zimmerman, Esq.
9        POLSINELLI, P.C.
         One E. Washington St. #1200
10       Phoenix, AZ 85004
         *Attorneys for Debtor*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Fennemore Craig, P.C.

Phoenix

8834089

2