SIGNED.

Dated: January 25, 2014

*Daniel P. Collins*

**Daniel P. Collins, Bankruptcy Judge**
_____

1  FENNEMORE CRAIG, P.C.
Nicolas B. Hoskins (No. 023277)
2  2394 E. Camelback Road
Suite 600
3  Phoenix, AZ 85016-3429
Telephone:  (602) 916-5419
4  Facsimile:  (602) 916-5619
Email:  nhoskins@fclaw.com
5
Attorney for Creditor JC King Enterprises, Inc.
6

7

8              IN THE UNITED STATE BANKRUPTCY COURT

9                  FOR THE DISTRICT OF ARIZONA

10  In re                              Chapter 11 Proceedings

11  MARVIN D. BRODY,                   Case No. 2:13-bk-01848-DPC

12          Debtor.                    **ORDER ALLOWING CLAIM AND
                                       AUTHORIZING IMMEDIATE
13                                     PAYMENT, CONCERNING JC
                                       KING ENTERPRISES' CLAIM NO.
14                                     10**

15

16

17        The Court, having been advised that the Debtor and JC King Enterprises, Inc. ("JC

18  King"), have resolved the Debtor's Objection to JC King's Claim (Claim No. 10), and

19  have stipulated and agreed to the allowance and payment of the claim, and good cause

20  appearing,

21        IT IS HEREBY ORDERED, allowing JC King's Claim No. 10 in the amount of

22  $17,500.00;

23        IT IS FURTHER ORDERED, authorizing and directing the Debtor to make

24  immediate payment to JC King;

25        IT IS FURTHER ORDERED that upon payment by the Debtor, JC King's Claim

26

FENNEMORE CRAIG, P.C.     8832606

PHOENIX

1  No. 10 against the Debtor, including any claim for attorneys' fees and costs, shall be

2  satisfied against the Debtor.

3          DATED AND SIGNED ABOVE.

4

5

6  APPROVED AS TO FORM AND CONTENT

7

8  By:  *Michael Zimmerman (w/ permission)*
        Michael Zimmerman, Esq.
        POLSINELLI, P.C.
9       One E. Washington St. #1200
        Phoenix, AZ 85004
10      *Attorneys for Debtor*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26