# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>          Debtor. | Chapter 11 Proceedings<br><br>Case No. 2-13-bk-01848-DPC<br><br>**ORDER APPROVING PAYMENT OF CLAIMS FILED BY CREDITORS AMERICAN EXPRESS BANK, FSB [POC # 9] AND AMERICAN EXPRESS CENTURION BANK [POC # 11]** |

      This matter came before the Court pursuant to the proofs of claim filed by creditors American Express Bank, FSB bank [POC # 9] and American Express Centurion Bank [POC # 11] in the above-referenced case. Claim # 9 filed by American Express Bank, FSB is in the amount of $7,931.64. Claim # 11 filed by American Express Centurion Bank was in the amount of $28,834.49. Both claims were filed on a timely basis.

      The Debtor raised no objections to the claims of American Express Bank, FSB, or American Express Centurion Bank, and as such, these claims are deemed allowed.

      The sale proceeds realized by the Debtor from the sale of the real property located at 1 Spinnaker Way, Coronado, CA, are sufficient to pay all allowed claims in full, including the claims of American Express Bank, FSB and American Express Centurion Bank.

      There having been no objections filed or served and with good cause appearing,

**IT IS HEREBY ORDERED**

      A.      Allowing the claim of American Express Bank, FSB in the amount of $7,931.64; and

1       B.     Allowing the claim of American Express Centurion Bank in the amount of $28,834.49; and

      C.     Authorizing and directing the Debtor to make the immediate payment to American Express Bank, FSB in the amount of $7,931.64; and

      D.     Authorizing and directing the Debtor to make the immediate payment to American Express Centurion Bank in the amount of $28,834.49; and

      E.     Upon payment by the Debtor, American Express Bank, FSB's Claim #9 and American Express Centurion Bank's Claim # 11, including any claim for attorneys' fees and costs, shall be satisfied against the Debtor.

**DATED AND SIGNED ABOVE.**