SO ORDERED.

Dated: April 2, 2014

Daniel P. Collins, Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:13-bk-01848-DPC<br><br>**ORDER ALLOWING CLAIM AND AUTHORIZING IMMEDIATE PAYMENT** |

The Court, having been advised the Debtor, Marvin D. Brody, and LTD Sheet Metal, Inc. ("LTD") have stipulated and agreed to the allowance and payment of a claim held by LTD, and good cause appearing,

IT IS HEREBY ORDERED allowing a claim to LTD in the amount of $27,743.

IT IS FURTHER ORDERED authorizing the Debtor to make immediate payment to LTD.

IT IS FURTHER ORDERED that upon payment by the Debtor, LTD's claim, including any claim for attorneys' fees or costs, shall be fully satisfied and LTD shall release any lien claims it may hold against the Debtor.

DATED AND SIGNED ABOVE.

47680444.1

APPROVED AS TO FORM AND CONTENT:

POLSINELLI PC                                    LAW OFFICES OF MICHAEL E. RIPLEY

By:   /s/ Michael W. Zimmerman              By:   /s/ Michael E. Ripley (w/permission)
    John J. Hebert                                      Michael E. Ripley
    Michael W. Zimmerman                      12520 High Bluff Drive, Suite 110
    One E. Washington Street                     San Diego, CA 92130
    CityScape Building, Suite 1200
    Phoenix, AZ 85004                                  *Attorney for LTD Sheet Metal, Inc.*

*Attorneys for Debtor*