SO ORDERED.

Dated: April 11, 2014

Daniel P. Collins, Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| MARVIN D. BRODY, | Case No. 2-13-bk-01848-DPC |
| Debtor. | **ORDER GRANTING $75,000 DISTRIBUTION TO THE DEBTOR** |
| | Hearing Date: April 8, 2014<br>Hearing Time: 3:30 p.m. |

This matter came before the Court pursuant to the Debtor's *Emergency Motion for Distribution of Sale Proceeds to the Debtor* (the "**Motion**") (Dkt. # 288) filed on March 26, 2014. The Motion requests authorization to make an immediate distribution of funds to the Debtor's debtor-in-possession account ("**DIP Account**").

Based upon the pleadings of parties, including the Motion, Mission Pools of Escondido's *Limited Objection to Debtor's Emergency Motion for Distribution of Sale Proceeds to the Debtor* (Dkt. # 299), and *United States Trustee's Limited Objection to Emergency Motion for Distribution of Sale Proceeds to the Debtor* (Dkt. # 300), and the arguments of counsel at the above-referenced hearing, and the entire record before the Court,

**IT IS HEREBY ORDERED** as follows:

1. Great Pacific Escrow shall wire $75,000 to the Debtor's DIP Account and shall be immediately available for use by the Debtor; and

2. The Debtor shall immediately serve copies of this Order on the United States Trustee's Office, and any party that has appeared and requested notice in these proceedings.

**DATED AND SIGNED ABOVE.**