James B. Ball (007339)
Mathias G. Bildhauer (017136)
Poli & Ball, P.L.C.
2999 North 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400
Ball@poliball.com
Attorneys for SRJ Construction and Design, LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | **No. 2-13-bk-01848-DPC** |
| **MARVIN D. BRODY**, | (Chapter 11 Case) |
| Debtor. | **WITHDRAWAL OF CLAIM** |

Creditor, SRJ Construction and Design, LLC ("SRJ"), acting through its authorized representative, hereby withdraws the following claim and authorizes the Clerk of this Court or their duly appointed Claim Agent, to reflect the withdrawal on the official claims register for the above-referenced Debtor. The claim being withdrawn is as follows:

| | |
|---|---|
| Debtor Name and Case Number: | Marvin D. Brody / No. 2-13-BK-01848-DPC |
| Creditor Name and Address: | SRJ Construction and Design, LLC<br>3605 N. 44th Street, Phoenix, AZ 85018 |
| Court Claim Number: | 15 |
| Date Claim Filed: | June 24, 2013 |
| Total Amount of Claim Filed: | $287,508.96 |

RESPECTFULLY SUBMITTED this 29 th day of April 2014.

POLI & BALL, P.L.C.

By: _____
Mathias G. Bildhauer
Attorneys for SRJ Construction
and Design, LLC

Poli & Ball, P.L.C.
2999 North 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400

THE ORIGINAL E-FILED
this _29_ th day of April 2014.

COPY of the foregoing served via e-mail
this _29_ th day of April 2014, upon:

John J. Hebert
Andrew S. Jacob
Michael W. Zimmerman
Polsinelli P.C.
One East Washington Street
CityScape Building, Suite 1200
Phoenix, Arizona 85004
jhebert@polsinelli.com
ajacob@polsinelli.com
mzimmerman@polsinelli.com
Attorneys for Debtor

Robert J. Miller
Justin A. Sabin
Amanda L. Cartwright
**BRYAN CAVE LLP**
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
rjmiller@bryancave.com
justin.sabin@bryancave.com
Amanda.Cartwright@bryancave.com
Attorneys for Geared Equity, LLC

/s/ Mary Bibideau

S:\JBB\SRJ\Withdrawal of Claim.doc

Poli & Ball, P.L.C. & Ball, P.L.C.
2999 North 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400

2