# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | MARVIN D. BRODY |
| **Case Number:** | 2:13-bk-01848-DPC    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 07, 2014 09:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## *Matter:*

EVIDENTIARY HEARING regarding the Debtor's Objection to SRJ's claim

**R / M #:**   137 / 0

VACATED:   Withdrawal of Claim 15 filed by JAMES B BALL on behalf of SRJ Construction and Design, LLC

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Withdrawal of Claim 15 filed by JAMES B BALL on behalf of SRJ Construction and Design, LLC