# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2-13-bk-01848-DPC<br><br>**ORDER FOR EXPEDITED HEARING REGARDING THE MOTION FOR DISTRIBUTION OF SALE PROCEEDS TO THE DEBTOR**<br><br>Hearing Date: May 29, 2014<br>Hearing Time: 1:30 p.m.<br>Hearing Place: 230 N. First Avenue<br>6th Floor, Courtroom 603<br>Phoenix, AZ 85003 |

Upon consideration of the *Motion for Expedited Hearing Regarding the Motion for Distribution of Sale Proceeds* (the "**Motion for Expedited Hearing**") filed by Marvin D. Brody (the "**Debtor**"), and with good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

A. The Motion for Expedited Hearing is GRANTED.

B. An expedited hearing (the "**Hearing**") on the Debtor's *Motion for Distribution of Sale Proceeds* (the "**Motion for Distribution**") is set for the 29th **day of MAY, 2014 at 1:30 p.m.** in Courtroom 603, United States Bankruptcy Court, 230 North First Avenue, Phoenix, Arizona 85003.

C. Any party wishing to object to the Motion for Distribution shall file a response or objection, and serve a copy of such response or objection upon Debtor's counsel, no later than two (2) days prior to the hearing.

1     D.    Debtor shall immediately serve copies of this Order upon the United States Trustee, the Master Mailing List, and all parties having requested notice.

**DATED AND SIGNED ABOVE.**