# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MARVIN D. BRODY | | |
| **Case Number:** | 2:13-bk-01848-DPC | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, MAY 29, 2014 01:30 PM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | DANIEL P. COLLINS | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | KAYLA COLASONT | | |

## *Matter:*

1) MOTION TO STRIKE (1) THE WITHDRAWAL OF CLAIM, (II) DISALLOW PROOF OF CLAIM 15 (SRJ CONSTRUCTION) OR AUTHORIZE THE WITHDRAWAL OF PROOF OF CLAIM 15 WITH PREJUDICE AND PRECLUSIVE EFFECT, AND (III) AWARD THE DEBTOR ITS ATTORNEYS' FEES AND COSTS FILED BY JENNIFER JOAN AXEL OF POLSINELLI PC ON BEHALF OF MARVIN D. BRODY .
   **R / M #:**   316 / 0

   VACATED: 2:14-bk-06866-GBN SRJ Construction & Design, LLC
   Case type: bk Chapter: 7 Asset: No Vol: v Judge: George B. Nielsen Jr.
   Date filed: 05/07/2014

2) Motion for Payment /Motion for Distribution of Sale Proceeds to the Debtor filed by JOHN J. HEBERT of POLSINELLI PC on behalf of Marvin D. Brody
   **R / M #:**   325 / 0

## *Appearances:*

JENNIFER AXEL AND JOHN J. HEBERT, ATTORNEY FOR MARVIN D. BRODY
JENNIFER GIAIMO, ATTORNEY FOR U. S. TRUSTEE

## *Proceedings:*

Ms. Giaimo advises the U.S. Trustee filed a supplemental objection this morning. She states Debtor's counsel agreed to amend the monthly operating reports for March and April and agreed to utilize the DIP bank account. She advises the U. S. Trustee will withdraw their objection to distribution of sale proceeds.

Mr. Hebert concurs with the statements made by Ms. Giaimo.

COURT: IT IS ORDERED GRANTING THE MOTION FOR DISTRIBUTION OF SALES PROCEEDS. THE COURT WILL SIGN AN ORDER WHEN SUBMITTED.