# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | MARVIN D. BRODY |
| **Case Number:** | 2:13-bk-01848-DPC   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JUNE 10, 2014 01:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | DANIEL P. COLLINS |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA COLASONT |

## Matter:

MOTION FOR PAYMENT OF CLAIM NO. 4 FILED BY NICOLAS B. HOSKINS OF FENNEMORE CRAIG ON BEHALF OF MISSION POOLS OF ESCONDIDO .

**R / M #:** 313 / 0

## Appearances:

JOHN J. HEBERT, ATTORNEY FOR MARVIN D. BRODY
NICOLAS HOSKINS, ATTORNEY FOR MISSION POOLS

## Proceedings:

Mr. Hoskins addresses the Motion for Payment of Claim #4. He discusses the dispute over attorney fees and argues the fees are reasonable under the circumstances.

Mr. Hebert advises Mr. Hoskins correctly identified the issues.

COURT: IT IS ORDERED TAKING THE MOTION FOR PAYMENT OF CLAIM #4 UNDER ADVISEMENT.

Case 2:13-bk-01848-DPC   Doc 343   Filed 06/10/14   Entered 06/16/14 13:15:00   Desc
Main Document   Page 1 of 1