SO ORDERED.

Dated: July 7, 2014

*Daniel P. Collins*

**Daniel P. Collins, Chief Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2-13-bk-01848-DPC<br><br>**ORDER SETTING EXPEDITED HEARING ON THE DEBTOR'S MOTION TO APPROVE THE DISTRIBUTION OF REMAINING SALE PROCEEDS AND TO AUTHORIZE THE USE OF FUNDS OUTSIDE THE ORDINARY COURSE OF BUSINESS** |

Upon consideration of the *Motion for Expedited Hearing on the Debtor's Motion to Approve the Distribution of Remaining Sale Proceeds and to Authorize the Use of Funds Outside the Ordinary Course of Business* (the "Motion for Expedited Hearing") filed by Marvin D. Brody (the "Debtor"), and with good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

A. The Motion for Expedited Hearing is GRANTED.

B. An expedited hearing (the "Hearing") on the Debtor's *Motion to Approve the Distribution of Remaining Sale Proceeds and to Authorize the Use of Funds Outside the Ordinary Course of Business* (the "Motion to Authorize Distribution") is hereby set for the 22nd **day of _July, 2014 at 11:00 a.m.** in Courtroom 603, United States Bankruptcy Court, 230 North First Avenue, Phoenix, Arizona 85003.

C. Any party wishing to object to the Motion to Authorize Distribution shall file a response or objection, and serve a copy of such response or objection upon Debtor's counsel, no later than two (2) days prior to the hearing.

D. Debtor shall immediately serve copies of this Order upon the United States Trustee, the Master Mailing List, and all parties that have requested notice.

**DATED AND SIGNED ABOVE.**