SO ORDERED.

Dated: October 31, 2014

*Daniel P. Collins*

**Daniel P. Collins, Chief Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re ) Chapter 11 Proceedings
)
**Marvin D. Brody,** ) Case No: 2:13-bk-01848-DPC
)
    Debtor. ) **ORDER FOR ADDITIONAL**
) **BRIEFING ON THE COURT'S**
) **JURISDICTION TO DECIDE**
) **PENDING MOTIONS**
)

    Debtor Marvin Brody ("Debtor") and secured creditor Geared Equity have three pending motions ("Motions") currently set for hearing on Tuesday November 4, 2014. These motions are: Geared Equity's Motion to Dismiss at Docket No. 370, Debtor's Motion to Confirm Plan at Docket No. 376, and Debtor's Motion for Award of Fees and Costs and Disbursement of Funds at Docket No. 369. Geared Equity has appealed the District Court's Judgment (Docket No. 362) reversing this Court's Order (Docket No. 207). That appeal is pending in the Ninth Circuit Court of Appeals (Docket No. 365).

    The Court questions whether it has jurisdiction to hear the Motions before the Ninth Circuit resolves the appeal. Accordingly,

    IT IS ORDERED that the parties submit simultaneous supplemental briefs on the issue of this Court's jurisdiction to hear the Motions by close of business on Friday November 14, 2014;

    IT IS FURTHER ORDERED that the hearing currently set for Tuesday November 4, 2014 is hereby vacated;

    IT IS FURTHER ORDERED setting a hearing on the supplemental briefs and Motions for Tuesday December 9, 2014 at 11:00 AM.

**Signed and Dated Above.**

1 | COPY of the foregoing mailed by the BNC and/or sent by auto-generated mail to interested parties.
2 |
3 |
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |