# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

    **Debtor:** MARVIN D. BRODY
    **Case Number:** 2:13-BK-01848-DPC     **Chapter:** 11
    **Date / Time / Room:** TUESDAY, NOVEMBER 04, 2014 01:30 PM    6TH FLOOR #603
    **Bankruptcy Judge:** DANIEL P. COLLINS
    **Courtroom Clerk:**
    **Reporter / ECR:** N/A

## *Matter:*

1) MOTION TO DISMISS CHAPTER 11 CASE filed by JUSTIN A. SABIN of BRYAN CAVE LLP on behalf of Geared Equity, LLC
   R / M #: 370 / 0
   **VACATED: UPON ORDER OF THE COURT**

2) MOTION: (1) FOR AWARD OF ATTORNEY'S FEES AND COSTS IN FAVOR OF THE DEBTOR AND AGAINST GEARED EQUITY PURSUANT TO A.R.S. SECTION 12-341.01; (2) TO DENY ALLOWANCE OF FEES AND COSTS TO GEARED EQUITY PURSUANT TO A.R.S. SECTION 12-341.01 AND/OR 11 U.S.C. SECTION 506(B); AND (3) TO AUTHORIZE THE DISBURSEMENT TO THE DEBTOR OF FUNDS HELD IN ESCROW FILED BY PHILIP R. RUDD OF POLSINELLI PC ON BEHALF OF MARVIN D. BRODY.
   R / M #: 369 / 0
   **VACATED: UPON ORDER OF THE COURT**

3) HEARING ON CONFIRMATION OF CHAPTER 11 PLAN
   R / M #: 376 / 0
   **VACATED: UPON ORDER OF THE COURT**

## *Appearances:*

    NONE

## *Proceedings:*

    VACATED: UPON ORDER OF THE COURT

Page 1 of 1

Case 2:13-bk-01848-DPC    Doc 390    Filed 11/04/14    Entered 11/04/14 08:12:26    Desc
Main Document    Page 1 of 1      11/04/2014    8:12:16AM