# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MARVIN D. BRODY | | |
| **Case Number:** | 2:13-BK-01848-DPC | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 10, 2014 01:30 PM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | DANIEL P. COLLINS | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

### *Matter:*

EMERGENCY MOTION FOR ORDER VACATING THIS COURT'S ORDER DATED OCTOBER 31, 2014 AND REINSTATING THE HEARINGS ORIGINALLY SCHEDULED FOR NOVEMBER 4, 2014 AT 1:30 P.M. FILED BY JOHN J. HEBERT OF POLSINELLI PC ON BEHALF OF MARVIN D. BRODY .

**R / M #:**   386 / 0

### *Appearances:*

JOHN J. HEBERT, ATTORNEY FOR MARVIN D. BRODY
BOB MILLER, ATTORNEY FOR GEARED EQUITY
AMANDA CARTWRIGHT, ATTORNEY FOR GEARED EQUITY

Case 2:13-bk-01848-DPC   Doc 399   Filed 11/10/14   Entered 11/17/14 09:37:07   Desc
Main Document   Page 1 of 2

11/17/2014   9:36:57AM

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### _Proceedings:_

Mr. Hebert discusses the status of the Ninth Circuit Appeal filed on behalf of Geared Equity. He argues the pending Ninth Circuit Appeal filed by Geared Equity relates to the Debtor's objection to Geared Equity's claim and all issues relating to confirmation of the Chapter 11 Plan are pending before the Bankruptcy Court. Mr. Hebert discusses the funds being held to secure attorneys' fees for Geared Equity. He argues this is a hardship on the Debtor to be deprived of those funds. Mr. Hebert addresses the Court's Order of November 14, 2014, requiring parties to file simultaneous briefs relating to the issue of this Court's jurisdiction to hear the pending Motions until the appeal is resolved. He argues there is no appellate issues to be briefed.

Mr. Miller directs the Court to the response he filed on November 6, 2014. He argues the funds in reserve must remain in place until the Court rules on the fee application which is set for hearing on December 8, 2014. Mr. Miller addresses the jurisdictional issues and he discusses the default interest dispute.

THE COURT DISCUSSES THE THREE PENDING MOTIONS. THESE MOTIONS ARE GEARED EQUITY'S MOTION TO DISMISS, DEBTOR'S MOTION TO CONFIRM A CHAPTER 11 PLAN AND DEBTOR'S MOTION FOR AWARD OF FEES AND COSTS AND DISBURSEMENT OF FUNDS.

COURT: IT IS ORDERED DENYING THE EMERGENCY MOTION TO ORDER VACATING THE COURT'S ORDER DATED OCTOBER 31, 2014.

IT IS FURTHER ORDERED FINDING THE COURT HAS NO JURISDICTION OVER THE MOTION TO DISMISS OR CONFIRMATION OF THE CHAPTER 11 PLAN UNLESS AN AMENDED PLAN IS FILED.

IT IS FURTHER ORDERED VACATING THE DECEMBER 9, 2014, ORAL ARGUMENT ON THE COURT'S JURISDICTION TO DECIDE PENDING MOTIONS.

IT IS FURTHER ORDERED THE HEARING SET ON DECEMBER 8, 2014, AT 10:00 A.M. ON THE APPLICATION FOR ATTORNEY FEES AND COSTS WILL PROCEED AS NOTICED.