1  John J. Hebert (#010633)
   Wesley D. Ray (#026351)
2  Jennifer J. Axel (#023883)
   **POLSINELLI PC**
3  One E. Washington Street
   CityScape Building, Suite 1200
4  Phoenix, AZ  85004
   Telephone: (602) 650-2000
5  Facsimile: (602) 264-7033
   Email:  jhebert@polsinelli.com
6  Email: wray@polsinelli.com
   Email:  jaxel@polsinelli.com
7
   *Attorneys for Debtor*
8

9          **IN THE UNITED STATES BANKRUPTCY COURT**

10                **THE DISTRICT OF ARIZONA**

11  In re:                                    | Chapter 11 Proceedings

12  MARVIN D. BRODY,                          | Case No. 2-13-bk-01848-DPC

13              Debtor.                        | **SUPPLEMENTAL UNSWORN
                                              | DECLARATION PURSUANT TO RULE
14                                             | 2016 UNDER PENALTY OF PERJURY
                                              | BY ATTORNEYS FOR DEBTOR**
15

16
          The undersigned attorney does hereby certify under penalty of perjury and pursuant to Rule
17
    2016(b) of the Bankruptcy Rules of Procedure:
18
                On or about November 25, 2014, Polsinelli PC ("Polsinelli") issued a
19              check in the amount of $9,750.00 from its trust account, payable to the
                Office of the United States Trustee to serve as payment of Debtor's U.S.
20              Trustee quarterly fees.
21
          DATED:  December 4, 2014.
22
                                        POLSINELLI PC
23

24                                      By     /s/ *John J. Hebert*
                                               John J. Hebert
25                                             Wesley D. Ray
                                               Jennifer J. Axel
26                                             One E. Washington Street
                                               CityScape, Suite 1200
27                                             Phoenix, AZ 85004
                                               *Attorneys for Debtor*
28

1    **COPY** of the foregoing mailed (or served via
electronic notification if indicated by an "*")
2    on December 4, 2014, to:

3    Jennifer A. Giaimo * Jennifer.a.giaimo@usdoj.gov
OFFICE OF THE UNITED STATES TRUSTEE
4    230 North First Ave., Ste. 204
Phoenix, AZ  85003
5

6    Robert J. Miller * rjmiller@bryancave.com
Bryce A. Suzuki * bryce.suzuki@bryancave.com
7    Justin A. Sabin * Justin.sabin@bryancave.com
Amanda Cartwright *
8    Amanda.cartwright@bryancave.com
BRYAN CAVE LLP
9    Two North Central Ave., Ste. 2200
Phoenix, AZ  85004-4406
10    *Attorneys for Geared Equity, LLC*

11    By    */s/ Mary Engel*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28