John J. Hebert (#010633)
Wesley D. Ray (#026351)
Jennifer J. Axel (#023883)
**POLSINELLI PC**
One E. Washington Street
CityScape Building, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033

Email: jhebert@polsinelli.com
Email: wray@polsinelli.com
Email: jaxel@polsinelli.com

*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2-13-bk-01848-DPC<br><br>**STIPULATION FOR ENTRY OF ORDER APPROVING SETTLEMENT RELEASE AGREEMENT AND DISMISSING THIS CHAPTER 11** |

Geared Equity, LLC, by its attorneys, Bryan Cave, LLP, and the Debtor herein, by his attorneys, Polsinelli P.C., hereby agree that the Court shall enter an Order incorporating this Stipulation:

    1. Geared Equity, LLC ("Geared") is the only remaining creditor in this Chapter 11 Case.

    2. Geared and the Debtor, along with Marvin D. Brody and Nancy P. Brody, individually, have entered into a "Settlement Release Agreement" ("Agreement"). The Agreement is attached hereto as Exhibit "A" and its terms are incorporated herein by reference.

    3. Pursuant to the terms of the Agreement, the Parties agree that this Court may enter an Order Approving the Agreement and Dismissing the Pending Chapter 11.

4. The Parties further agree that there are no remaining creditors and that the Order Approving the Agreement and Dismissing the Chapter 11 can be entered without notice.

DATED: December 17, 2014.

POLSINELLI PC

By /s/ John J. Hebert
John J. Hebert
Wesley D. Ray
Jennifer J. Axel
One E. Washington Street
CityScape, Suite 1200
Phoenix, AZ 85004
*Attorneys for Debtor*

BRYAN CAVE LLP

By /s/
Robert J. Miller
Bryce A. Suzuki
Justin A. Sabin
Amanda Cartwright
Two North Central Ave., Ste. 2200
Phoenix, AZ 85004-4406
*Attorneys for Geared Equity, LLC*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on December 22, 2014 to:

Jennifer A. Giaimo * Jennifer.a.giaimo@usdoj.gov
OFFICE OF THE UNITED STATES TRUSTEE
230 North First Ave., Ste. 204
Phoenix, AZ 85003

Robert J. Miller * rjmiller@bryancave.com
Bryce A. Suzuki * bryce.suzuki@bryancave.com
Justin A. Sabin * Justin.sabin@bryancave.com
Amanda Cartwright *
Amanda.cartwright@bryancave.com
BRYAN CAVE LLP
Two North Central Ave., Ste. 2200
Phoenix, AZ 85004-4406
*Attorneys for Geared Equity, LLC*

By /s/ Mary Engel