# EXHIBIT "A"

## SETTLEMENT RELEASE AGREEMENT

This Settlement Release Agreement (the "Settlement Release") is made by and between The Chapter 11 Bankruptcy Estate of Marvin D. Brody and Marvin D. Brody and Nancy P. Brody, his wife ("Brody"), of 10260 Cabery Road, Ellicott City, Maryland and Geared Equity, LLC ("Geared") of 6109 N. Palo Cristi, Paradise Valley, Arizona.

## I. RECITALS.

1.1.     On or about March 5, 2012, Geared made a loan to Brody in the original principal amount of $1,000,000. The loan is evidenced by a Promissory Note dated march 5, 2012 and is secured by a deed of trust recorded on March 16,2012 as instrument No. 2012-0156735 in the official records of San Diego County, California.

1.2.     On or about May 1, 2012, Geared made a loan to Brody in the original principal amount of $300,000. This loan is evidenced by Promissory Note dated May 1, 2012 and is secured by a deed of trust recorded on May 10, 2012 as Instrument No. 2012-275941 in the Official Records of San Diego County, California. (The two loans are referenced herein as the "Loans.")

.     1.3.     Brody defaulted under the terms of the Loans and Geared commenced foreclosure proceedings in California.

1.4.     On February 11, 2013, Marvin D. Brody (the "Debtor") filed a Petition for Relief under Chapter 11 of the Bankruptcy Code in the District of Arizona (Case # 2:13-bk-01848).

1.5.     During the course of the Chapter 11, the parties to this Settlement Release litigated over several issues, including but not limited to, Geared's right to be paid default interest, late fees, and attorney's fees. There is presently pending, appeals to the District Court for the District of Arizona (Case # CV-14-02704-PHX-NVW) and to the Ninth Circuit Court of Appeals (Case #14-16631) (the "Appeals").

49353113.2

1.6.    The Parties to this Settlement Release have reached agreement on all pending issues and that agreement is set forth herein.

## II.    AGREEMENT.

2.1.    The Brody and Geared agree to Dismissal of all Appeals. Brody and Geared shall sign and file Stipulations to Dismiss the Appeals in the forms set forth in attached Exhibits "A."

2.2.    Brody and Geared agree to dismiss the pending Chapter 11 subject to an Order from the Bankruptcy Court for the District of Arizona  (the "Court")in Case No. 2:13-bk-01848 approving this Settlement Release and approving the dismissal of the Chapter 11 case. The Parties shall execute a Stipulation in the form set forth as Exhibit "B" and attached hereto. The Court shall sign an Order Approving this Settlement Release and dismissing the pending Chapter 11 in the form attached hereto as Exhibit "C."

2.3.    By Order of the Court dated January 20, 2014, (Docket #255), the Court ordered that Brody Deposit in a third party escrow account, $200,000 for payment of the default interest on the  Loans. That escrow is held by First American Title Company. Upon entry of the Orders referenced in 2.2  above, the Escrow Agent is authorized to release the funds being held in escrow to Brody.

2.4.    By Order of the Court dated January 20, 2014 (Docket #255), Brody was ordered to deposit funds to secure payment of attorney's fees to Geared.  Pursuant to that Order, $150,000 was deposited in a third party escrow account held by First American Title Company.  In addition, pursuant to the same Order, Brody was to retain in his Debtor-in-Possession Account, $50,000 which was restricted and held for the payment of attorney's fee of Geared (the "Fee Deposits").  In addition, by Order dated September 2, 2014 (Docket#368 ) Brody was ordered to deposit an additional $100,000 with First American Title as part of the Fee Deposits. Upon entry of

# EXHIBIT "A"

the Order Approving this Settlement Release and Dismissing the pending Chapter 11, from the Fee Deposits, $150,000 shall be paid by wire transfer to Geared and the balance of all Fee Deposits shall be released to Brody, and any restrictions on the money held in the Debtor-in-Possession Account are thereby released.

      2.5     The parties to this Settlement Release shall execute a Mutual Release, in the form attached hereto as Exhibit "D."

## III.    GENERAL.

      3.1.    This Settlement Release is binding upon the parties hereto, their heirs, successors, and assigns.

      3.2.    This Settlement Release constitutes the entire agreement between the parties hereto and no party shall be bound to the other in any manner by any agreement, understanding, representation or warranty except as set forth herein.

      3.3.    Any modification or amendment shall not be valid unless in writing and signed by all parties.

      3.4.    This Settlement Release shall be governed by and construed in accordance with the laws of Arizona. The parties hereby expressly agree that the courts of Arizona shall have exclusive jurisdiction over any litigation brought to declare, determine or enforce any right or obligation arising directly or indirectly out of or under the terms of this Settlement Release.

*[signatures on following page]*

# EXHIBIT "A"

IN WITNESS WHEREOF, this Settlement Release is executed as of the dates set forth below.

Dated: 12-18-14

Geared Equity, LLC

By _____

Its _Manager_

Dated: 12-17-14

Marvin D. Brody

Nancy P. Brody

Marvin D. Brody, as Debtor-in-Possession
In case No. 2:13-bk-01848

# EXHIBIT "A"

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: | Case No. 14-16631 |
| MARVIN D. BRODY, | On Appeal from the United States District Court for the District of Arizona, Case Nos. 2:13-cv-02090 and 2:13-cv-02591, Honorable Neil V. Wake |
| Debtor. | |
| MARVIN D. BRODY, | |
| Plaintiff--Appellee, | **STIPULATION FOR DISMISSAL OF APPEAL** |
| vs. | |
| GEARED EQUITY, LLC, | |
| Defendant-- Appellant. | |

Marvin D. Brody and Geared Equity, LLC, by and through their respective undersigned counsel, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, hereby stipulate and agree to the dismissal of the of the above-captioned appeal, with each party to bear its own fees and costs.

DATED: December 17, 2014

POLSINELLI PC

By: ___/s/ John J. Hebert___
    John J. Hebert
    Wesley D. Ray
    Jennifer J. Axel
    One E. Washington Street
    CityScape, Suite 1200
    Phoenix, AZ 85004
    *Attorneys for Debtor*

BRYAN CAVE LLP

By: _____
    Robert J. Miller
    Bryce A. Suzuki
    Justin A. Sabin
    Amanda Cartwright
    Two North Central Avenue, Suite 2200
    Phoenix, AZ 85004
    *Attorneys for Geared Equity, LLC*

49353452.1

# EXHIBIT "A"

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2014, I electronically filed the foregoing document with the Clerk of the Court for the District Court in and for the District of Arizona by using the CM/ECF system.

I certify that all parties of record to this appeal either are registered CM/ECF users, or have registered for electronic notice, or have consented in writing to electronic service, and that service will be accomplished through the CM/ECF system.

| | |
|---|---|
| **Geared Equity, LLC** | **Marvin D. Brody** |
| Robert J. Miller<br>* rjmiller@bryancave.com<br>Justin A. Sabin<br>* justin.sabin@bryancave.com<br>Amanda Cartwright<br>* amanda.cartwright@bryancave.com<br>BRYAN CAVE LLP<br>Two North Central Avenue<br>Suite 2200<br>Phoenix, AZ 85004-4406<br>Telephone: (602) 364-7000 | John J. Hebert<br>* jhebert@polsinelli.com<br>Andrew S. Jacob<br>* ajacob@polsinelli.com<br>POLSINELLI PC<br>CityScape Building<br>One East Washington Street<br>Suite 1200<br>Phoenix, AZ 85004<br>Telephone: (602) 650-2000 |

By: /s/ *Mary Engel*
Mary Engel
Paralegal

49353452.1

# EXHIBIT "A"

John J. Hebert (#010633)
Wesley D. Ray (#026351)
Jennifer J. Axel (#023883)
**POLSINELLI PC**
One E. Washington Street
CityScape Building, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
Email: jhebert@polsinelli.com
Email: wray@polsinelli.com
Email: jaxel@polsinelli.com

*Attorneys for Debtor*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARVIN D. BRODY,<br><br>        Debtor. | CIV Case No. 2:14-cv-02704<br><br>BK Case No. 2-13-bk-01848-DPC |
| MARVIN D. BRODY,<br><br>        Appellant,<br><br>v.<br><br>GEARED EQUITY LLC,<br><br>        Appellee. | **STIPULATION FOR DISMISSAL OF APPEAL** |

        Marvin D. Brody and Geared Equity, LLC, by and through their respective undersigned counsel, pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, hereby stipulate and agree to the dismissal of the of the above-captioned appeal, with each party to bear its own fees and costs.

...

...

...

# EXHIBIT "A"

DATED: December 22, 2014

POLSINELLI PC

By: _____
    John J. Hebert
    Wesley D. Ray
    Jennifer J. Axel
    One E. Washington Street
    CityScape, Suite 1200
    Phoenix, AZ 85004
    *Attorneys for Debtor*

BRYAN CAVE LLP

By: _____
    Robert J. Miller
    Bryce A. Suzuki
    Justin A. Sabin
    Amanda Cartwright
    Two North Central Avenue, Suite 2200
    Phoenix, AZ 85004
    *Attorneys for Geared Equity, LLC*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on December 22, 2014, to:

Jennifer A. Giaimo * Jennifer.a.giaimo@usdoj.gov
OFFICE OF THE UNITED STATES TRUSTEE
230 North First Ave., Ste. 204
Phoenix, AZ 85003

By    */s/ Mary Engel* _____

49353358.2

# EXHIBIT "A"

DATED: December 17, 2014

POLSINELLI PC

BRYAN CAVE LLP

By: _____
John J. Hebert
Wesley D. Ray
Jennifer J. Axel
One E. Washington Street
CityScape, Suite 1200
Phoenix, AZ 85004
*Attorneys for Debtor*

By: _____
Robert J. Miller
Bryce A. Suzuki
Justin A. Sabin
Amanda Cartwright
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
*Attorneys for Geared Equity, LLC*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on December 17, 2014, to:

Jennifer A. Giaimo * Jennifer.a.giaimo@usdoj.gov
OFFICE OF THE UNITED STATES TRUSTEE
230 North First Ave., Ste. 204
Phoenix, AZ 85003

By    */s/ Mary Engel*

1 | John J. Hebert (#010633)
2 | Wesley D. Ray (#026351)
  | Jennifer J. Axel (#023883)
3 | **POLSINELLI PC**
  | One E. Washington Street
  | CityScape Building, Suite 1200
4 | Phoenix, AZ 85004
  | Telephone: (602) 650-2000
5 | Facsimile: (602) 264-7033

6 | Email: jhebert@polsinelli.com
  | Email: wray@polsinelli.com
7 | Email: jaxel@polsinelli.com

8 | *Attorneys for Debtor*

9

**IN THE UNITED STATES BANKRUPTCY COURT**

10

**THE DISTRICT OF ARIZONA**

11

| In re: | Chapter 11 Proceedings |
|---|---|
| MARVIN D. BRODY, | Case No. 2-13-bk-01848-DPC |
| Debtor. | **STIPULATION FOR ENTRY OF ORDER APPROVING SETTLEMENT RELEASE AGREEMENT AND DISMISSING THIS CHAPTER 11** |

        Geared Equity, LLC, by its attorneys, Bryan Cave, LLP, and the Debtor herein, by his attorneys, Polsinelli P.C., hereby agree that the Court shall enter an Order incorporating this Stipulation:

        1.       Geared Equity, LLC ("Geared") is the only remaining creditor in this Chapter 11 Case.

        2.       Geared and the Debtor, along with Marvin D. Brody and Nancy P. Brody, individually, have entered into a "Settlement Release Agreement" ("Agreement"). The Agreement is attached hereto as Exhibit "A" and its terms are incorporated herein by reference.

        3.       Pursuant to the terms of the Agreement, the Parties agree that this Court may enter an Order Approving the Agreement and Dismissing the Pending Chapter 11.

4.    The Parties further agree that there are no remaining creditors and that the Order Approving the Agreement and Dismissing the Chapter 11 can be entered without notice.

DATED:  December 17, 2014.

POLSINELLI PC

By _____

John J. Hebert
Wesley D. Ray
Jennifer J. Axel
One E. Washington Street
CityScape, Suite 1200
Phoenix, AZ  85004
*Attorneys for Debtor*

BRYAN CAVE LLP

By _____

Robert J. Miller
Bryce A. Suzuki
Justin A. Sabin
Amanda Cartwright
Two North Central Ave., Ste. 2200
Phoenix, AZ  85004-4406
*Attorneys for Geared Equity, LLC*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*")
on December 22, 2014    to:

Jennifer A. Giaimo * Jennifer.a.giaimo@usdoj.gov
OFFICE OF THE UNITED STATES TRUSTEE
230 North First Ave., Ste. 204
Phoenix, AZ  85003

Robert J. Miller * rjmiller@bryancave.com
Bryce A. Suzuki * bryce.suzuki@bryancave.com
Justin A. Sabin * Justin.sabin@bryancave.com
Amanda Cartwright *
Amanda.cartwright@bryancave.com
BRYAN CAVE LLP
Two North Central Ave., Ste. 2200
Phoenix, AZ  85004-4406
*Attorneys for Geared Equity, LLC*

By    /s/  Mary Engel

# EXHIBIT "C"

**IN THE UNITED STATES BANKRUPTCY COURT**

**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| MARVIN D. BRODY, | Case No. 2-13-bk-01848-DPC |
| Debtor. | **ORDER APPROVING STIPULATION TO APPROVE SETTLEMENT RELEASE AGREEMENT AND DISMISSING THIS CHAPTER 11** |

This matter having come before the Court upon Stipulation of the Debtor and Geared Equity, LLC, the only remaining creditor in this Chapter 11 proceeding, seeking an order from this Court Approving the "Settlement Release Agreement" and Dismissing this Chapter 11; and

This Court having reviewed the Stipulation and the "Settlement Release Agreement" which was attached thereto, and finding as follows:

    1.    The Agreement is in the best interests of the Estate and the Debtor.

    2.    Geared Equity is the only remaining creditor in this case.

    3.    The Release Settlement Agreement resolves all remaining issues in the case, including the dismissal of the two pending appeals.

    4.    Because Geared Equity is the only remaining creditor in this case, and the U.S. Trustee has no objection, this order may be entered without notice.

IT IS HEREBY ORDERED:

    A.    APPROVING THE SETTLEMENT RELEASE AGREEMENT, INCORPORATING ITS TERMS HEREIN BY REFERENCE.

    B. THIS CHAPTER 11 IS DISMISSED.

49364132.1

1

# EXHIBIT "C"

1            C. THE DEBTOR SHALL BE AND HEREBY IS DIRECTED TO PAY GEARED

2    EQUITY THE SUM OF $150,000 BY WIRE TRANSFER PROMPTLY UPON THE ENTRY OF

3    THIS ORDER.

4            D. THE DEBTOR SHALL FILE ITS FINAL QUARTERLY REPORT WITH THE

5    U.S. TRUSTEE'S OFFICE WITHIN 30 DAYS OF THE ENTRY OF THIS ORDER AND PAY

6    ANY FEES REQUIRED THEREBY.

7                            SIGNED AND DATED ABOVE

49364132.1

# EXHIBIT "D"

## <u>**MUTUAL RELEASE**</u>

### KNOW ALL MEN BY THESE PRESENTS:

For and in consideration of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Geared Equity, LLC ("Geared") and Marvin D. Brody, Nancy P. Brody his wife, and Marvin D. Brody as Debtor-in-Possession in Case No. 2:13-bk-01848-DPC, ("Brody") individually and on behalf of their respective assigns, members, successors, officers, directors, heirs, executors, personal representatives, estates, and administrators, do hereby mutually release and forever discharge each other of and from all claims, liabilities, demands, actions and causes of action, known or unknown which each has ever had, now has or which each may have by reason of any matter or cause whatsoever to the date hereof.

It is understood and agreed that this is a full and final release and discharge of all known and unknown claims, liabilities, demands and causes of action, past, present or future, in any manner arising out of all contact, association, and/or contract between the undersigned. Each party recognizes that it may have sustained damages and/or losses which are unknown at the time of the execution hereof, and intends by the execution of this instrument to release any claim for such unknown or undiscovered losses and damages. It is further understood and agreed that part of the consideration set forth above, is intended to compensate the undersigned for unknown damages that may be discovered in the future.

It is understood and agreed that the consideration is not to be construed as an admission of liability on the part of any party to the Mutual Release, liability therefore being expressly denied, but is in compromise and settlement of the disputed claims.

Each party agrees that it shall not prosecute or pursue and shall not directly or indirectly assist in the prosecution or pursuit of any claim or cause of action or lawsuit arising from the claims or causes of action waived or released herein.

If any provision of this Release is deemed unenforceable, the remainder of this Release shall be enforced to the fullest extent permissible under the law.

WITNESS OUR HANDS as of the _11_ day of _Nov._, 2014.

_____           _____
Marvin D. Brody                                        Nancy P. Brody

49358423.1

# EXHIBIT "D"

The Chapter 11 Estate of Marvin D. Brody

By: _____

Marvin D. Brody, Debtor-in-Possession

Geared Equity, LLC

By: _____

Its _____ Manager

49358423.1